817 A.2d 478

Christopher H. GRAHAM, Appellee

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Appellant.

Supreme Court of Pennsylvania.

March 6, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of March, 2003, the order of the Court of Common Pleas for the 59th Judicial District, Elk County Branch, is hereby **REVERSED.** *Wroblewski v. Com., Dep't of Transportation,* 570 Pa. 249, 809 A.2d 247 (2002). The matter is hereby **REMANDED** for further proceedings. Jurisdiction relinquished.